UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

M E M O R A N D U M

| | |
|---|---|
| Honorable Morrison C. England, Jr.<br>United States District Judge<br>Sacramento, California | RE:  Michael A. Mendoza, Sr.<br>       Docket Number:  0972 2:03CR00315-003<br>       **PERMISSION TO TRAVEL**<br>       **OUTSIDE THE COUNTRY** |

Your Honor:

Michael A. Mendoza, Sr. is requesting permission to travel to Puerto Vallarta, Mexico. Michael A. Mendoza, Sr. is current with all supervision obligations, and the probation officer recommends approval be granted.

**Conviction and Sentencing Date:**   On July 13, 2004, Michael A. Mendoza, Sr. was sentenced for the offenses of 21 USC 846 & 841(a)(1) – Conspiracy to Distribute and Possess with Intent to Distribute Methamphetamine, After a Prior Felony Conviction for a Drug Offense.

**Sentence Imposed:**   131 months custody of the Bureau of Prisons; 60 months Supervised Release; $100 Special assessment (Paid).

**Dates and Mode of Travel:**  April 1, 2017, through April 16, 2017.  Travel reservations will be secured upon Court approval.

**Purpose:**  Family vacation, travelling with wife and children.

**RE:** **Michael A Mendoza Sr**
**Docket Number:  0972 2:03CR00315-003**
<u>**PERMISSION TO TRAVEL OUTSIDE THE COUNTRY**</u>

Respectfully submitted,

/s/ Tim Mechem

TIM D. MECHEM<br>Supervising United States Probation Officer

Dated:   February 21, 2017
         Fresno, California
         TDM/rmv

/s/ Brian J. Bedrosian

**REVIEWED BY:** **BRIAN J. BEDROSIAN**
**Supervising United States Probation Officer**

---

## ORDER OF THE COURT

☒   Approved          ☐   Disapproved

**Dated:  February 27, 2017**

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE